Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

ALHAMULLAH SALARZAI                       **JUDGMENT IN A CIVIL CASE**
                                          CASE NUMBER: 26-cv-27
    v.

PHILIP RHONEY ET AL

☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that this case is closed.

Date: February 4, 2026                    MARY C. LOEWENGUTH
                                          CLERK OF COURT

                                          By: s / Donna
                                                Deputy Clerk